**Electronically Filed
Supreme Court
SCWC-22-0000698
02-OCT-2025
10:04 AM
Dkt. 36 OGAC**

SCWC-22-0000698

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

―――――――――――――――――――――――――――――――――――――――――――――――――

STATE OF HAWAI‘I,
Petitioner and Respondent/Plaintiff-Appellee,

vs.

CURTIS RYAN BEKKUM,
Respondent and Petitioner/Defendant-Appellant.

―――――――――――――――――――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000698; CASE NO. 2CPC-22-0000240)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Malinao, in place of Recktenwald, C.J., recused)


The application for writ of certiorari filed by

Petitioner State of Hawaii on August 12, 2025, is hereby

accepted and will be scheduled for oral argument.  The parties

will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai‘i, October 2, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Clarissa Y. Malinao

